# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MAURO, | CV 10-8962 E |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

The Court having received and approved the Stipulation to Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the within Judgment.

_6/20_____, 2011      _/s/ Charles F. Eick_____

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE